Michael M. Yi
LEE ANAV CHUNG WHITE
KIM RUGER & RICHTER LLP
99 Madison Avenue, 8th Floor
New York, New York  10016
*Telephone:*  (212) 271-0664
*Facsimile:*  (212) 271-0665

*Attorneys for Plaintiff/Counterclaim-*
*Defendant Bank of Hope and*
*Third-Party Defendant Lisa Pai*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------------X
| | |
|---|---|
| BANK OF HOPE, as successor to Wilshire Bank, | ECF CASE |
| Plaintiff, | 2:14-CV-01770-JLL-JAD |
| v. | **NOTICE OF MOTION** |
| MIYE CHON, a/k/a Karen Chon, SUK JOON RYU, a/k/a James S. Ryu, TAE JONG KIM, BERGENFIELD BAGEL & CAFÉ INC., d/b/a Café Clair, MAYWOOD BAGEL INC., UB'S PIZZA & BAGEL INC., UB'S BAGEL & CAFÉ INC., and UBK BAGELS CORP., d/b/a Franklin Bagels & Café, | Motion Day:  April 15, 2019 |
| Defendants. | |

-----------------------------------------------------------------------X
SUK JOON RYU, a/k/a James S. Ryu,

                Counterclaim-Plaintiff,

  v.

BANK OF HOPE, as successor to Wilshire Bank,

                Counterclaim-Defendant.
-----------------------------------------------------------------------X
SUK JOON RYU, a/k/a James S. Ryu,

                Third-Party Plaintiff,

  v.

LISA PAI,

                        Third-Party Defendant.
------------------------------------------------------------------X
SUK JOON RYU, a/k/a James S. Ryu,

                        Cross-claim Plaintiff,

    v.

MIYE CHON, a/k/a Karen Chon, TAE JONG KIM,
BERGENFIELD BAGEL & CAFÉ INC., d/b/a
Café Clair, MAYWOOD BAGEL INC., UB'S
PIZZA & BAGEL INC., UB'S BAGEL & CAFÉ
INC., and UBK BAGELS CORP., d/b/a Franklin
Bagels & Café,

                        Cross-claim Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that, upon the annexed declaration of Lisa K. Pai, Esq., dated March 21, 2019, declaration of Michael M. Yi, Esq., dated March 22, 2019, the exhibits thereto, the accompanying memorandum of law, dated March 22, 2019, and all other prior pleadings and proceedings herein, plaintiff/counterclaim-defendant Bank of Hope ("Bank of Hope") will move this Court before the Honorable Joseph A. Dickson, at the U.S. Courthouse located at 50 Walnut Street, Courtroom 2D, Newark, New Jersey, on April 15, 2019, at 9:30 AM or as soon thereafter as counsel may be heard, for an Order:

      1.     Pursuant to Fed. R. Civ. P. 41(a)(2), permitting Bank of Hope to voluntarily dismiss, *with prejudice*, all of its claims for relief against defendant Suk Joon Ryu ("Ryu"), set forth in the *Amended Complaint*, dated July 11, 2016; and

      2.     Granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
       March 22, 2019

LEE ANAV CHUNG WHITE
KIM RUGER & RICHTER LLP

By: _____
        Michael M. Yi

99 Madison Avenue, 8th Floor
New York, New York  10016
(212) 271-0664

*Attorneys for Plaintiff/Counterclaim-
Defendant Bank of Hope and
Third-Party Defendant Lisa Pai*

TO:   STEVE HARVEY LAW LLC
      1880 John F. Kennedy Boulevard, Suite 1715
      Philadelphia, Pennsylvania  19103
      *Telephone: (215) 438-6600*
      *E-mail: david@steveharveylaw.com*
      <u>Attention</u>: David V. Dzara, Esq.
      *Attorneys for Defendant/*
      *Counterclaim-Plaintiff/*
      *Third-Party Plaintiff Suk Joon Ryu*

      MIYE CHON, Register Number 66904-050
      FCI Danbury
      Federal Correctional Institution
      Route 37
      Danbury, Connecticut  06811
      *Pro Se Defendant*

      TAE JONG KIM
      130 East Edsall Avenue
      Palisades Park, New Jersey  07650
      *Pro Se Defendant*

      BERGENFIELD BAGEL & CAFÉ INC.
      c/o Tae Jong Kim
      130 East Edsall Avenue
      Palisades Park, New Jersey  07650
      *Defendant*

MAYWOOD BAGEL INC.
c/o Tae Jong Kim
130 East Edsall Avenue
Palisades Park, New Jersey  07650
*Defendant*

UB'S PIZZA & BAGEL INC.
c/o Tae Jong Kim
130 East Edsall Avenue
Palisades Park, New Jersey  07650
*Defendant*

UB'S BAGEL & CAFÉ INC.
c/o Tae Jong Kim
130 East Edsall Avenue
Palisades Park, New Jersey  07650
*Defendant*

UBK BAGELS CORP.
c/o Tae Jong Kim
130 East Edsall Avenue
Palisades Park, New Jersey  07650
*Defendant*