**STEVE HARVEY LAW LLC**
By:    David V. Dzara
       Stephen G. Harvey*
1880 John F. Kennedy Blvd.
Suite 1715
Philadelphia, PA 19103
(215) 438-6600

*Attorneys for Counterclaim Plaintiff/Crossclaim Plaintiff Suk Joon Ryu, a/k/a James S. Ryu*
\* Admitted pro hac vice

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BANK OF HOPE**, as successor to Wilshire Bank, | : | |
| Plaintiff, | : | |
| v. | : | |
| **MIYE CHON**, a/k/a Karen Chon, **TAE JONG KIM**, **BERGENFIELD BAGEL & CAFÉ INC.**, d/b/a Café Clair, **MAYWOOD BAGEL INC.**, **UB'S PIZZA & BAGEL INC.**, **UB'S BAGEL & CAFÉ INC.**, and **UBK BAGELS CORP.**, d/b/a Franklin Bagels & Café, | : | CASE NO. 2:14-cv-01770-KM-JAD<br><br>**Motion Day**: October 7, 2019 |
| Defendants. | : | |
| ********************************** | : | |
| **SUK JOON RYU**, a/k/a James S. Ryu, | : | |
| Counterclaim-Plaintiff, | : | |
| v. | : | |

| | |
|---|---|
| **BANK OF HOPE, as successor to Wilshire Bank,** : : : **Counterclaim-Defendant.** : : ************************************* : : **SUK JOON RYU, a/k/a James S. Ryu,** : : **Crossclaim Plaintiff,** : : **v.** : : **MIYE CHON, a/k/a Karen Chon,** : : **Crossclaim Defendant.** : | |

### NOTICE OF SUK JOON RYU'S
### MOTION FOR PARTIAL RECONSIDERATION

TO:   Michael M. Yi
       Lee Anav Chung White Kim Ruger & Richter LLP
       99 Madison Avenue, 8th Floor
       New York, NY 10016

*Attorneys for Plaintiff/Counterclaim Defendant Bank of Hope, as successor to Wilshire Bank*

**PLEASE TAKE NOTICE** that on October 7, 2019, Counterclaim Plaintiff/Crossclaim Plaintiff Suk Joon Ryu, a/k/a James S. Ryu ("Ryu"), shall move before the United States District Court for the District of New Jersey for partial reconsideration of the Court's Letter Order dated August 12, 2019 (ECF No. 348), which granted with certain clarifications Ryu's Second Emergency Motion to Enforce Settlement against Bank of Hope.

**PLEASE TAKE FURTHER NOTICE** that in support of said motion, Ryu shall rely on the enclosed Memorandum of Law in Support of His Motion for Partial Reconsideration.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested if this Motion is opposed.

        Respectfully submitted,

        STEVE HARVEY LAW LLC

Dated:  August 26, 2019        By:   s/ David V. Dzara
                      David V. Dzara
                      Stephen G. Harvey*
                      1880 John F. Kennedy Blvd.
                      Suite 1715
                      Philadelphia, PA 19103
                      (215) 438-6600

*Attorneys for Counterclaim Plaintiff/*
*Crossclaim Plaintiff Suk Joon Ryu,*
*a/k/a James S. Ryu*
*\* Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2019, I electronically filed the foregoing *Notice of Suk Joon Ryu's Motion for Partial Reconsideration* and supporting papers with the United States District Court for the District of New Jersey by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

Michael M. Yi
Lee Anav Chung White Kim Ruger & Richter LLP
99 Madison Avenue, 8th Floor
New York, NY 10016

*Attorneys for Plaintiff/Counterclaim Defendant Bank of Hope,
as successor to Wilshire Bank*

s/ David V. Dzara
David V. Dzara