UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BANK OF HOPE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIYE CHON, et al.,<br><br>　　　　Defendants. | Civ. No. 14-1770 (KM)<br><br>**ORDER** |

**IT APPEARING** that, on February 18, 2020, the Hon. Joseph A. Dickson, U.S. Magistrate Judge, filed a Report and Recommendation (DE 386) that the Court grant the unopposed motion (DE 307) of Suk Joon Ryu for a default judgment against defendant Miye Chon on a crossclaim for defamation, with damages to be determined; and

**IT APPEARING** that no objection to the R&R, timely or otherwise, has been filed, *see* Fed. R. Civ. P. 72(b); L. Civ. R. 72.1c(2); and

**THE COURT** having reviewed the Report and Recommendation *de novo* despite the lack of an objection; and

**IT APPEARING** that Judge Dickson's reasoning is sound, and that no error of law, clear error of fact, or abuse of discretion is apparent;

**IT IS THEREFORE** this 12th day of March, 2020,

**ORDERED** that the Report and Recommendation (DE 386) is **ADOPTED and AFFIRMED** pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(3);[1] and it is further

---

[1] "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1);

1

**ORDERED,** for the reasons stated in the Report and Recommendation, that

(a) The motion (DE 307) for default judgment is **GRANTED**;
(b) Determination of the amount of damages shall be deferred, at the suggestion of counsel for Mr. Ryu, and be determined in conjunction with, or following, the resolution of a related case, *Ryu v. Bank of Hope,* Civ. No. 19-18998 (KM/JBC).

_____
**KEVIN MCNULTY**
**United States District Judge**

---

see also *U.S. v. Raddatz*, 447 U.S. 667, 680 (1980) (stating that the district court judge has broad discretion in accepting or rejecting the magistrate's recommendation).