UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BANK OF HOPE,**<br><br>    Plaintiff,<br><br>    v.<br><br>**MIYE CHON, et al.,**<br><br>    Defendants. | Civ. No. 14-1770 (KM)<br><br>**ORDER & JUDGMENT** |

**IT APPEARING** that, on March 18, 2020, the Hon. Joseph A. Dickson, U.S. Magistrate Judge, filed a Report and Recommendation (DE 388) that the Court grant the motion (DE 308) of Plaintiff/Counterclaim Defendant Bank of Hope ("Plaintiff" or "Bank of Hope") for default judgment pursuant to Federal Rule of Civil Procedure 55, against Defendant Miye Chon ("Ms. Chon") in the amount of $1,351,090.00 and for default judgment against Defendants Bergenfield Bagel & Café Inc., Maywood Bagel Inc., UB's Pizza and Bagel Inc., UB's Bagel & Café Inc., and UBK Bagels Corp. (the "Corporate Defendants"), jointly and severally, in the amount of $538,032.90, but denying the motion as to defendant Tae Jong Kim ("Mr. Kim"); and

**IT APPEARING** that no objection to the R&R (DE 388), timely or otherwise, has been filed, *see* Fed. R. Civ. P. 72(b); L. Civ. R. 72.1c(2); and

**THE COURT** having reviewed the Report and Recommendation *de novo* despite the lack of an objection; and

**IT APPEARING** that Judge Dickson's reasoning is sound, and that no error of law, clear error of fact, or abuse of discretion is apparent;

**IT IS THEREFORE** this 9th day of December, 2020,

1

**ORDERED** that the Report and Recommendation (DE 388), **GRANTING** the motion for default judgment (DE 308) as to Defendant Miye Chon ("Ms. Chon") in the amount of $1,351,090.00 and for default judgment against Defendants Bergenfield Bagel & Café Inc., Maywood Bagel Inc., UB's Pizza and Bagel Inc., UB's Bagel & Café Inc., and UBK Bagels Corp. (the "Corporate Defendants"), jointly and severally, in the amount of $538,032.90, but **DENYING** the motion as to defendant Tae Jong Kim ("Mr. Kim"), is **ADOPTED and AFFIRMED** pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(3);[1] and it is further

**ORDERED AND ADJUDGED** that judgment is entered against defendant Miye Chon in the amount of $1,351,090.00; and it is further

**ORDERED AND ADJUDGED** that judgment is entered against Defendants Bergenfield Bagel & Café Inc., Maywood Bagel Inc., UB's Pizza and Bagel Inc., UB's Bagel & Café Inc., and UBK Bagels Corp., jointly and severally, in the amount of $538,032.90.

/s/ Kevin McNulty

_____

**KEVIN MCNULTY**
**United States District Judge**

---

[1] "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also U.S. v. Raddatz*, 447 U.S. 667, 680 (1980) (stating that the district court judge has broad discretion in accepting or rejecting the magistrate's recommendation).