# Exhibit D

## DECLARATION OF JAMES S. RYU

1. My name is James S. Ryu and I am the Crossclaim Plaintiff in this action.

2. I submit this Declaration in support of my request for a jury trial to set damages on the default judgment in my favor against Crossclaim Defendant Karen Chon, who defamed me with false accusations that I had participated with her in the embezzlement of funds from BankAsiana.

3. At the trial to set damages, I will testify about the facts alleged in the Offer of Proof. Those facts are true and correct based on my own personal knowledge.

4. Attached hereto as Exhibits 1 and 2 are letters from my doctor about the effect of the lawsuit on my mental and physical health.

5. I rely on these along with my testimony and that of my wife and of Dr. Susan Fiester as proof of the emotional harm I suffered as a result of Chon's false and defamatory accusation that I participated in the embezzlement.


I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.


Dated: August 30, 2021

James S. Ryu

3

# Exhibit 1

# Mansoora R. Chaudry, M.D., PC

**GENERAL PRACTICE**
41-04 GOLDBLATT TERRACE
FAIR LAWN, NJ 07410
TEL: (201) 797-7129   FAX: (201) 703-6982

February 24, 2017

To Whom It May Concern:

This is to verify that Mr.Suk Ryu is under my professional care since July 05,2015. He suffers from anxiety, insomnia, palpitations, and a great deal of mental stress due to his current court case. Thank you.

Sincerely yours,

Mansoora R. Chaudry, M.D

# Exhibit 2

# Mansoora R. Chaudry, M.D., PC

### GENERAL PRACTICE
41-04 GOLDBLATT TERRACE
FAIR LAWN, NJ 07410
TEL: (201) 797-7129   FAX: (201) 703-6982

January 2, 2020

This is to verify that Mr. Suk Ryu is under my professional care since July 05,2015. He suffers from anxiety, insomnia, palpitations, and a great deal of mental stress due to his current court case. Thank you.

Sincerely yours,

Mansoora R. Chaudry, M.D