# Exhibit E

## DECLARATION OF DU HEE RYU

1. My name if Du Hee Ryu and I am the wife of Crossclaim Plaintiff James S. Ryu.

2. I submit this Declaration in support of my husband's request for a jury trial to set damages on the default judgment in his favor against Crossclaim Defendant Karen Chon, who falsely accused him of embezzlement.

3. At the trial to set damages, I will testify about the facts alleged in the Offer of Proof at paragraphs 23-25 and 29-35, which are true and correct based on my own personal knowledge.

I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: August 30, 2021

_____
Du Hee Ryu