# Steve Harvey Law LLC

Stephen G. Harvey
Attorney at Law
steve@steveharveylaw.com

January 12, 2024

<u>**Via ECF**</u>

Hon. Julien X. Neals
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 5D
Newark, NJ 07101

> **Re:    Bank of Hope v. Chon et al.**
> **No. 14-01770-JXN-JSA**

Dear Judge Neals:

The Court has scheduled a status conference for January 17 at 11 a.m. The Court no doubt wishes to know if there is anything left in this case that would prevent the case from being closed. The answer is that the only thing left is for the Court to schedule a trial on Crossclaim Plaintiff James Ryu's request for a jury to set the amount of Ryu's damages against Crossclaim Defendant Karen Chon. See letter at docket entry 415. However, Mr. Ryu may not call all the witnesses set forth in that letter. He will definitely call himself and his wife but he is re-evaluating the need to call the other witnesses listed in the letter.

I have conferred with counsel for plaintiff Bank of Hope, Mr. Yi. He asked if there is any need for him to attend. I told him not as far as I know, because there is no further relief being sought by or against Bank of Hope. Assuming that Your Honor agrees that Mr. Yi need not attend, then I will be the only person attending the status conference, because there has been no contact with Crossclaim Defendant Karen Chon in years. I do not have a current mailing address for her or know how to contact her.

Steve Harvey Law LLC

The Honorable Julien X. Neals
January 12, 2024
Page 2

Given that I may be the only person in attendance, I respectfully request that I be permitted to attend by phone or remote access (Zoom). That would save me several hours of travel back and forth to Newark.

Respectfully submitted,

Stephen G. Harvey

cc:    All Counsel of Record